654

*Gerard H. Brandon* for respondent.

No. 513. LIPMAN *v.* GOEBEL ET AL. January 6, 1936. Petition for writ of certiorari to the Circuit Court of Appeals for the Seventh Circuit denied. *Mr. Harry N. Pritzker* for petitioner. No appearance for respondents.

No. 592. SHREVE ET AL. *v.* UNITED STATES. January 6, 1936. Petition for writ of certiorari to the Circuit Court of Appeals for the Ninth Circuit denied. *Mr. Leslie C. Hardy* for petitioners. *Solicitor General Reed* and *Assistant Attorney General Keenan* for the United States.

No. 598. TWIN FALLS LAND & WATER Co. *v.* TWIN FALLS CANAL Co. January 6, 1936. Petition for writ of certiorari to the Circuit Court of Appeals for the Ninth Circuit denied. *Messrs. W. G. Bissell* and *Branch Bird* for petitioner. No appearance for respondent.

No. 600. LINCOLN MORTGAGE & TITLE GUARANTY Co. ET AL. *v.* COMMISSIONER OF INTERNAL REVENUE. January 6, 1936. Petition for writ of certiorari to the Circuit Court of Appeals for the Third Circuit denied. *Messrs. Merritt Lane* and *Samuel Kaufman* for petitioners. *Solicitor General Reed*, *Assistant Attorney General Wideman,* and *Messrs. Sewall Key* and *Morton K. Rothschild* for respondent.